[No. 9813–6–I.   Division One.   July 5, 1983.]

CHARLES S. HADLEY, SR., *Appellant,* v. EDWARD
M. BLACKBURN, JR., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 859426, David W. Soukup, J., entered
December 19, 1980. *Affirmed* by unpublished per curiam
opinion.

[No. 11651–7–I.   Division One.   July 5, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. JOEL
B. BOOTS, *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 80–1–01162–1, Stuart C. French, J.,
entered March 22, 1982. *Reversed* and *remanded* by
unpublished opinion per Corbett, J., concurred in by
Williams and Ringold, JJ.

[No. 10175–7–I.   Division One.   July 5, 1983.]

EYE CLINIC OF BELLINGHAM, *Appellant,* v. J. R.
TISDALL, *Respondent.*

Appeal from a judgment of the Superior Court for What-
com County, No. 80–2–00044–2, Byron L. Swedberg, J.,
entered March 20, 1981. *Affirmed* by unpublished opinion
per Scholfield, J., concurred in by Ringold, J., Andersen,
C.J., dissenting.

[No. 11838–2–I.   Division One.   July 5, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. LYLE
EUGENE GIBSON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82–1–00231–0, Frank L. Sullivan, J., entered
June 2, 1982. *Affirmed* by unpublished opinion per
Durham, A.C.J., concurred in by Swanson and Corbett, JJ.